THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MUGERITCH MIHITERIAN, Appellant.

(Argued October 20, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the County of New York rendered January 15, 1919, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles E. Le Barbier* for appellant.

*Edward Swann,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.

---

In the Matter of the Accounting of WILLIAM H. FISCHER, as Executor of JOHN K. FISCHER, Deceased, Appellant. CATHERINE J. GASTMEYER et al., Respondents.

*Matter of Fischer,* 183 App. Div. 535, appeal dismissed.

(Argued October 20, 1919; decided November 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 3, 1918, which modified and affirmed as modified a decree of the Kings County Surrogate's Court settling the accounts of the executor of John K. Fischer, deceased.

*Joseph A. Burdeau* for appellant.

*James N. MacLean* and *Michel Kirtland* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.